**Order entered October 21, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01188-CV

### IN RE DERRICK LYNN JOHNSON, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1655027**

# ORDER
Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.


/s/ MOLLY FRANCIS
      JUSTICE

1